UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DOUGLAS STALLEY, as Successor
Guardian of the Property of Elizabeth
Anne Michael, CARLOS RODRIGUEZ,
JR., and PAMELA RODRIGUEZ

    Plaintiffs,

v.                                        Case No. 8:15-cv-1763-T-17TGW

MENDOTA INSURANCE COMPANY,

    Defendant.
_____/

## ORDER REMANDING CASE

This cause is before the Court on the parties' Stipulation for Resolution of Plaintiffs' Pending Motion to Remand, (Doc. # 22), filed September 11, 2015. After considering the Stipulation, as well as the Plaintiffs' Motion to Remand, (Doc. # 14), filed August 28, 2015, and Defendant's Response, (Doc. # 21), filed September 8, 2015, the Court remands this matter to the Circuit Court for the Sixth Judicial Circuit, in and for Pasco Count, Florida, without any award of any attorney's fees or costs.

Accordingly, it is **ORDERED** that this action is **REMANDED**. The Clerk of Court is directed to mail a certified copy of this Order to the Clerk of Court for the Circuit Court in Pasco County, Florida. The Clerk of Court is further directed to terminate any and all pending motions and close this case.

DONE and ORDERED in Chambers, in Tampa, Florida, this 15th day of September, 2015.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record
Assigned Magistrate Judge